## 17730. KENDRICK *v.* THE STATE.

LUKE, J. The defendant's conviction of knowingly permitting distilling apparatus to be located on his premises was authorized by the evidence; no error of law was committed on the trial; and the motion for a new trial, based on the general grounds only, was properly overruled.

*Judgment affirmed. Broyles, C. J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED JANUARY 11, 1927. REHEARING DENIED FEBRUARY 23, 1927.

Criminal Law, 17 C. J. p. 249, n. 3; p. 255, n. 53.
Intoxicating Liquors, 33 C. J. p. 580, n. 15; p. 758, n. 83.

Distilling apparatus on premises; from Colquitt superior court—
Judge W. E. Thomas.   October 25, 1926.

*James L. Dowling,* for plaintiff in error.

*Clifford E. Hay, solicitor-general,* contra.